UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                                            Case No.  2:05cr20113-4-B

**ABDULRAHMAN  FARHANE**
_____

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- Jake Erwin, a member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant.

### TYPE OF APPOINTMENT

- Through trial and notice of appeal

**DONE** and **ORDERED** in  167 North Main, Memphis,   this 25th day of May, 2006.

                                                                                    s/ James H. Allen
                                                                            JAMES H. ALLEN
                                                                 UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
ABDULRAHMAN  FARHANE